IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff/ Respondent,<br>   v.<br><br>JOHN DALTON,<br><br>   Defendant/Petitioner<br>_____/ | No. CR-96-0276 SI<br>Civil Nos. 02-4949 SI<br><br>**ORDER DENYING CERTIFICATE OF APPEALABILITY** |

Petitioner John Dalton has filed a notice of appeal from this Court's order denying his motion to set aside judgement pursuant to Fed. R. Civ. Pro. 60(b), and his motion for release on bail under personal recognizance or surety bond pending appeal. For his appeal, he requires a certificate of appealability ("COA") pursuant to 28 U.S.C. § 2253(c)(1)(B). A COA should be issued "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). "Where a district court has rejected the constitutional claims on the merits, the showing required to satisfy § 2253(c) is straightforward: the petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). For the reasons set forth in the order dated December 19, 2006 (Docket #601), this Court finds that petitioner has failed to make "a substantial showing of the denial of a constitutional right" and thus, has failed to meet his burden in this matter. Accordingly, the COA is DENIED.

**IT IS SO ORDERED.**

Date: February 9, 2007

_____
SUSAN ILLSTON
United States District Judge